United States Bankruptcy Court

District of Puerto Rico

In re:  
AMADIGNA ORENGO ORENGO  
    Debtor

Case No. 17-01920-EAG  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-2 | User: sanabriae | Page 1 of 1 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdf002 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + AMADIGNA ORENGO ORENGO, CALLE ROBUSTA Q 6, URB CAFETAL II, YAUCO, PR 00698-3171 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ELBIA I VAZQUEZ DAVILA | on behalf of Debtor AMADIGNA ORENGO ORENGO leydequiebraspr@gmail.com VAZQUEZER67342@notify.bestcase.com |
| JOSE RAMON CARRION MORALES | newecfmail@ch13-pr.com |
| JOSE RAMON CARRION MORALES (LL) | on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com |
| LYSSETTE A MORALES VIDAL | on behalf of Debtor AMADIGNA ORENGO ORENGO lamoraleslawoffice@gmail.com irma.lamorales@gmail.com;LYSSETTEMORALESLAWOFFICE@jubileebk.net |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

AMADIGNA ORENGO ORENGO

xx-xx-6020

Debtor(s)

CASE NO. 17-01920-EAG13

Chapter 13

FILED & ENTERED ON DEC/09/2021

ORDER

Debtor's Request to Amend Schedule G filed on December 8, 2021, docket #27 is denied for failure to comply with Fed. R. Bankr. P. 1008.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9 day of December, 2021.

Edward A. Godoy
United States Bankruptcy Judge